# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

SEAN RONDELL BUNDY,

    Petitioner

v.

UNITED STATES OF AMERICA,

    Respondent

CIVIL NO. JKB-14-0221
CRIMINAL NO. JKB-08-0226

## MEMORANDUM AND ORDER

In its memorandum and order of July 18, 2018 (ECF No. 320), the Court set out the seven Grounds for Relief claimed by Petitioner Sean Rondell Bundy in his motion for relief under 28 U.S.C. § 2255 (ECF No. 210). *See* July 18, 2018, Mem. & Order 6-7. The Court analyzed and resolved five of those seven grounds because those five were supported by Bundy's argument in papers he had filed with the Court (not available in electronic form). Then, the Court stated, "Bundy made no argument in his supporting memorandum as to any other ground for relief asserted in his § 2255 motion, and, therefore, points he did not address in his argument are deemed abandoned." *Id.* 16. After that, the Court denied Bundy's § 2255 motion because it was without merit. *Id.* Although not stated explicitly, the sentence just quoted shows that the Court deemed abandoned Grounds Six and Seven of Bundy's § 2255 motion. The Fourth Circuit dismissed Bundy's appeal from the Court's July 18, 2018, order for the stated reason of lack of jurisdiction, indicating this Court had only addressed some of Bundy's grounds for relief and not others, apparently overlooking the sentence quoted above. Grounds Six and Seven were not addressed

because Bundy provided no argument on them, and it is not this Court's responsibility to construct missing arguments for litigants.

Accordingly, the Court reaffirms its July 18, 2018, memorandum and order denying Bundy's § 2255 motion, and it reaffirms its decision that Bundy is not entitled to a certificate of appealability. To achieve complete clarity, the Court now expressly restates that it DEEMS Counts Six and Seven ABANDONED and, accordingly, DENIES them.

SO ORDERED.

DATED this 2nd day of April, 2019.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge